## Intended Notice Recipients – Method of Notice

District/Off: 0860–4  User: jessica  Date Created: 8/28/2008
Case: 4:05–bk–16488  Form ID: pdfwotrm  Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov, Joyce.N.Talley@usdoj.gov, Cecilia.A.Boyle@usdoj.gov |
| tr | Joyce Bradley Babin | ecfmail@13ark.com |
| aty | Christian W. Frank | ecf@praylawfirm.com, chris@praylawfirm.com |
| aty | Robert P. Gminski | rgminski@tcworks.net |

TOTAL: 4